| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| I. Person Reporting (last name, first, middle initial)<br><br>Schall, Alvin A. | 2. Court or Organization<br><br>United States Court of Appeals for the Federal Circuit | 3. Date of Report<br><br>05/04/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee (one of two) | Trust #2 |
| 2.   Trustee (one of two) | Trustee #4 |
| 3.   Executor (one of two) | Estate |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Schall, Alvin A.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 26-27, 2010 | New York, NY | Annual Dinner in honor of the Federal Judiciary | Transportation, Meals, and Lodging |
| 2. | Philadelphia Intellectual Property Law Association | November 18-19, 2010 | Philadelphia, PA | Annual Dinner in honor of the Federal Judiciary | Transportation, Meals, and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sun Trust Bank | Loan-Secured by mortgage on real property ▓▓▓▓▓ | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Abbott Laboratories, Inc. | B | Dividend | K | T | | | | | |
| 2. Altria Group, Inc. | B | Dividend | K | T | | | | | |
| 3. Boeing Co. | B | Dividend | K | T | | | | | |
| 4. Citadel Broadcasting Corp | | None | | | Sold | 06/28/10 | J | | |
| 5. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 6. General Electric Co. | B | Dividend | L | T | | | | | |
| 7. General Mills, Inc. | B | Dividend | L | T | Distributed | 06/09/10 | J | | |
| 8. Home Depot, Inc. | B | Dividend | L | T | | | | | |
| 9. Hospira, Inc. | | None | J | T | | | | | |
| 10. Intel Corp. | C | Dividend | M | T | | | | | |
| 11. J.P. Morgan Chase & Co. | A | Dividend | M | T | | | | | |
| 12. Kraft Foods, Inc. | A | Dividend | K | T | | | | | |
| 13. MBIA, Inc. | | None | J | T | | | | | |
| 14. Minnesota Mining & Mfg. Co. | B | Dividend | L | T | | | | | |
| 15. Motorola, Inc. | | None | J | T | | | | | |
| 16. Pepsico, Inc. | C | Dividend | M | T | | | | | |
| 17. Philip Morris Int'l. Inc. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. R.R. Donnelly & Sons Co. | B | Dividend | K | T | | | | | |
| 19. DWS Advisor Funds Mid-Cap Growth Fund Class S | B | Dividend | M | T | | | | | |
| 20. DWS International Emerging Markets Equity Fund Class S | A | Dividend | K | T | | | | | |
| 21. Walt Disney Co. | A | Dividend | L | T | | | | | |
| 22. Yum Brands, Inc. | A | Dividend | K | T | | | | | |
| 23. Capital One Bank Certificate of Deposit | B | Interest | K | T | | | | | |
| 24. Capital One Bank Certificate of Deposit | C | Interest | L | T | | | | | |
| 25. American Express Bank Certificate of Deposit | C | Interest | L | T | | | | | |
| 26. Wachovia Bank Certificate of Deposit | B | Interest | K | T | | | | | |
| 27. DWS Cash Investment Trust | A | Interest | | | Sold | 07/23/10 | L | A | |
| 28. DWS Strategic Gov. SEC Fund - S | A | Interest | L | T | Buy | 07/23/10 | L | | |
| 29. DWS Cash Investment Trust | A | Interest | | | Sold | 07/23/10 | K | A | |
| 30. DWS GNMA Fund - S | A | Interest | K | T | Buy | 07/23/10 | K | | |
| 31. Great Horn Mining Syndicate | | None | J | U | | | | | |
| 32. Edgartown Water Co. | | None | J | U | | | | | |
| 33. Mainbocher, Inc. | | None | J | U | | | | | |
| 34. Evergreen Money Fund | B | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Fidelity Cash Reserves Fund | A | Interest | L | T | | | | | |
| 36. Vanguard Intermediate-Term Tax-Exempt Fund Admiral Shares | | | | | | | | | |
| 37. Bond Fund | C | Interest | M | T | | | | | |
| 38. Vanguard Limited-Term Tax-Exempt Fund Admiral Shares | | | | | | | | | |
| 39. Bond Fund | D | Interest | M | T | | | | | |
| 40. Vanguard GNMA Fund Admiral Shares Bond Fund | D | Interest | M | T | Buy | 06/20/10 | M | | |
| 41. Vanguard Short-Term Bond Index Admiralty Shares Bond Fund | C | Interest | M | T | Buy | 06/20/10 | M | | |
| 42. | | | | | | | | | |
| 43. TRUST #1: | | | | | | | | | |
| 44. Blackrock Funds International Bond Portfolio Fund | A | Dividend | J | T | | | | | |
| 45. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | Dividend | | | Sold | 01/15/10 | J | | |
| 46. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 47. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 48. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | B | Dividend | M | T | | | | | |
| 49. 2.00% U.S. Treasury Notes | A | Interest | J | T | | | | | |
| 50. DWS High Income Fund Class A | A | Dividend | J | T | | | | | |
| 51. MSCI Emerging Markets Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | | | | | |
| 53. Cohen & Steers Realty Index Fund | A | Dividend | J | T | | | | | |
| 54. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 55. TRUST #2: | | | | | | | | | |
| 56. American Express Co. | A | Dividend | K | T | | | | | |
| 57. BP PLC | A | Dividend | K | T | | | | | |
| 58. Kimberly Clark Corp. | B | Dividend | L | T | | | | | |
| 59. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 60. Raytheon Co. | B | Dividend | K | T | | | | | |
| 61. R.R. Donnelly & Sons Co. | A | Dividend | K | T | | | | | |
| 62. Deutsche Bank Trust Co.U.S. Large Capitalization Growth Fund | C | Dividend | N | T | | | | | |
| 63. Deutsche Bank Trust Co. Tax-Free Income Fund | D | Dividend | M | T | | | | | |
| 64. Deutsche Bank Trust Co. International Fund | A | Dividend | J | T | | | | | |
| 65. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | K | T | | | | | |
| 66. TRUST #3: | | | | | | | | | |
| 67. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | Dividend | J | T | | | | | |
| 68. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 70. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | B | Dividend | M | T | | | | | |
| 71. 2.00% U.S. Treasury Notes | A | Interest | J | T | | | | | |
| 72. DWS High Income Fund Class A | A | Dividend | J | T | | | | | |
| 73. MSCI Emerging Markets Index Fund | A | Dividend | K | T | | | | | |
| 74. Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | | | | | |
| 75. Cohen & Steers Realty Majors Index Fund | A | Dividend | J | T | | | | | |
| 76. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 77. TRUST #4: | | | | | | | | | |
| 78. American Express Co. | A | Dividend | L | T | | | | | |
| 79. BP PLC | A | Dividend | K | T | | | | | |
| 80. General Electric Co. | A | Dividend | K | T | | | | | |
| 81. Merck & Co., Inc. | B | Dividend | K | T | | | | | |
| 82. Procter & Gamble Co. | B | Dividend | K | T | | | | | |
| 83. Deutsche Bank Trust Co. International Fund | B | Dividend | L | T | | | | | |
| 84. Deutsche Bank Trust Co. Taxable Income Fund | E | Dividend | N | T | | | | | |
| 85. DWS High Income Fund-Insured | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. I Shares U.S. Treasury Inflation Protected Securities Fund | A | Dividend | K | T | | | | | |
| 87. PIMCO Developing Local Markets Fund | B | Dividend | K | T | | | | | |
| 88. Eaton Vance Structured Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 89. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | B | Dividend | L | T | | | | | |
| 90. I Path Dow Jones AIG Commodity Index Total Return Fund | A | Dividend | J | T | | | | | |
| 91. DWS Reef Global Real Estate Secured Fund | A | Dividend | J | T | | | | | |
| 92. Deutsche Bank Trust Co. Money Market Deposit Account | A | Dividend | K | T | | | | | |
| 93. ESTATE (Opened 10/31/08) | | | | | | | | | |
| 94. Dreyfus Intermediate Municipal Bond Fund | D | Dividend | M | T | Sold (part) | 06/16/10 | L | D | |
| 95. Williams 79 Associates | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION WITH RESPECT TO PART VII OF THIS REPORT:

1. Items 1-18, 21, 22, 31-33, 56-61, and 78-82 are common stock holdings.

2. Items 19, 20, 28, 30, 36-41, 44, 50-53, 72-75, 85-88, 90, 91, and 94 are mutual funds.

3. Items 23-26 are certificates of deposit.

4. Items 27, 29, 34, 35, 54, 65, 76, and 92 are in the nature of money markets accounts.

5. Items 49 and 71 are United States Treasury Notes.

6. Items 45, 47, 48, 62, 64, 67, 69, 70, 83, and 89 are commingled common stock trust funds managed by Deutsche Bank Trust Co.

7. Items 46, 63, and 68 are commingled tax-free securities trust funds managed by Deutsche Bank Trust Co.

8. Items 84 and 85 are commingled debt securities trust funds managed by Deutsche Bank Trust Co..

9. Item 95 is a real estate partnership.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544